# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ALEX FRIAS,

                      Plaintiff,                  **CLERK'S CERTIFICATE**
                                                            **OF DEFAULT**
     - against -                             CV 18-4891 (JMA) (GRB)

STRATEGIC REALTY FUND, LLC; THE
MARGOLIN & WEINREB LAW GROUP, LLP,

                      Defendants.

---------------------------------------------------------------X

       **I,** Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant STRATEGIC REALTY FUND, LLC has not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

       The default of defendant STRATEGIC REALTY FUND, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
          December 3, 2018

                                                        DOUGLAS C. PALMER
                                                      CLERK OF THE COURT

                                 BY:    /S/ JAMES J. TORITTO
                                                        DEPUTY CLERK