UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIRCUIT CIVIL DIVISION

ALEX FRIAS,

      Plaintiff,

CASE NO.: 18-cv-4891 9JMA)(GRB)

v.

STRATEGIC REALTY FUND, LLC; THE
MARGOLIN & WEINREB LAW GROUP, LLP,

      Defendants.

_____/

## NOTICE OF APPEARANCE

Please take notice that the undersigned is admitted to practice in this Court, and hereby appears as counsel of record for STRATEGIC REALTY FUND, LLC.

          Respectfully submitted,

By:   */s/ Jennifer A. Tolston*
Jennifer A. Tolston Esq.
**HOWARD LAW GROUP**
450 N. Park Road, #800
Hollywood, FL 33021
Telephone: (954) 893-7874
Facsimile: (888) 235-0017
Jennifer@HowardLaw.com
Designated Service E-Mail:
Pleadings@HowardLaw.com

To:  Clerk of the Court

Alex Kadochnikov, Esq. (via ECF)
Alan H. Weinreb, Esq. (via ECF)
Crystal Sherell Pannell (via ECF)

2