# CIVIL CAUSE FOR SETTLEMENT CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  12/7/2018             TIME:  11:30 AM           TIME IN COURT:  1.5 hrs

CASE: **18-cv-04891-JMA-GRB Frias v. Strategic Realty Fund, LLC et. al.**

APPEARANCES:     For Plaintiff: Alex Kadochnikov, Mark Anderson

For Defendant: Crystal Pannell, Alan Weinreb for Margolin and Weinreb
    Law Group
 Ronald Cook for Strategic Realty

FTR:   11:47-48; 12:56-12:58

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ Next conference scheduled for
- ☒ Other:  Case settled. Counsel for the plaintiff shall submit a stipulation of discontinuance by 1/11/2019.